In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-09-00073-CV


______________________________





IN THE MATTER OF THE MARRIAGE OF 


JUDITH M. BALLOU AND BRUCE A. BALLOU





 


On Appeal from the 102nd Judicial District Court


 Bowie County, Texas


Trial Court No. 09D0390-102




 




Before Morriss, C.J., Carter and Moseley, JJ.


Memorandum Opinion by Chief Justice Morriss



MEMORANDUM OPINION


 Bruce A. Ballou, appellant, filed his notice of appeal June 22, 2009. 

 Ballou has neither filed a docketing statement with this Court, see Tex. R. App. P. 32, nor
paid a filing fee or made any claim of indigency. See Tex. R. App. P. App. A, (B)(1); 20.1. There
is no information to indicate Ballou has made efforts to have either the clerk's record or reporter's
record filed with this Court. On September 8, 2009, we contacted Ballou by letter, giving him an
opportunity to cure the various defects, and warning him that, if we did not receive an adequate
response within ten days, this appeal would be subject to dismissal for want of prosecution. See
Tex. R. App. P. 42.3(b), (c). 

 We have received no communication from Ballou. Pursuant to Rule 42.3(b) and (c) of the
Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution. Tex. R. App.
P. 42.3(b), (c).



 Josh R. Morriss, III

 Chief Justice


Date Submitted: October 5, 2009

Date Decided: October 6, 2009